IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action No. 5:16-cv-00027 |
| v. | )<br>) |
| | ) By: Elizabeth K. Dillon |
| DOES 1–25, | ) United States District Judge |
| | ) |
| Defendants. | ) |

**ORDER**

In accordance with Federal Rule of Civil Procedure 4(m), plaintiff LHF Productions, Inc., moves for a 90-day extension of time to identify, join, and serve defendants Does 1–25. (Dkt. No. 15.) The court finds that LHF has demonstrated good cause for such an extension. Accordingly, the court hereby GRANTS the motion and ORDERS that LHF shall have until November 1, 2016, to identify, join, and serve Does 1–25.

Entered: August 2, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge