# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 5:16-cv-00027-EKD |
| Plaintiff, | VOLUNTARY DISMISSAL OF ALL REMAINING DEFENDANTS AND ACTION |
| vs. | |
| DASH FOOD MART, ET AL. | |
| Defendants. | |

## VOLUNTARY DISMISSAL OF PARTIES AND ACTION

Plaintiff LHF Productions, Inc., by and through its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby submits this Voluntary Dismissal of Action, without prejudice as to all remaining defendants. Accordingly, nothing further remains to be done in this action and the case closed.

DATED: May 26, 2019                Respectfully submitted,

By:    /s/Dale R. Jensen
Dale R. Jensen (VSB 71109)
Dale Jensen, PLC
606 Bull Run
Staunton, VA  24401
(434) 249-3874
(866) 372-0348 facsimile
djensen@dalejensenlaw.com
Counsel for LHF Productions, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2019, the foregoing *document* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: <u>/s/ Dale R. Jensen</u>
　　Dale R. Jensen
　　*Counsel for Plaintiff*